This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-41150**

**STEPHEN ROBERT FABREY,**

Petitioner-Appellee,

v.

**HANNAH ROSEMARY BECKER,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Emilio J. Chavez, District Court Judge**

Wiseman Legal Group, P.A.
C. Joseph Wiseman
Isabella N. Zayani
Albuquerque, NM

for Appellee

L. Helen Bennett
Albuquerque, NM

Merrie Chappell Law, PC
Merrie L. Chappell
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**MEDINA, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. Appellant has filed a notice with this Court informing us that they will not be filing a memorandum in opposition. No memorandum opposing the

proposed disposition has been filed, and the time for doing so has expired. Accordingly, we rely on the reasoning contained in our notice of proposed disposition. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**SHAMMARA H. HENDERSON, Judge**